UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-CR-168-T-27MAP

AMY HAND
_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 1st day of February, 2007, on a Petition to Revoke Supervised Release. The Defendant, AMY HAND, appeared with counsel, John Kingston, Esquire; and Jay Hoffer, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations set forth in Counts 1, 8, 10, 12, and 13. Count 9 is dismissed by the Court at this time. Based on the defendant's admission to the allegations in Counts 1, 8, 10, 12, and 13 in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **AMY HAND**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIX (6) MONTHS**, with credit for time served since January 12, 2007.

3. The defendant shall then be on supervised release for a term of **THREE (3) YEARS**.

4. The defendant shall comply with all standard conditions of supervised release..

5. The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

6. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

7. The Court has zero tolerance for a positive drug test.

8. The Court recommends the defendant be confined at the Tallahassee facility.

DONE AND ORDERED at Tampa, Florida this _____ day of February, 2007.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation